UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>PIVOTAL PAYMENTS, INC., <br><br>　　　　　Defendant. | Case No. 16-cv-05486-JCS <br><br>**ORDER GRANTING IN PART STIPULATION FOR STAY/CONTINUANCE** <br><br>Re: Dkt. No. 62 |

Pursuant to the Joint Stipulation of the Parties, ECF 62, IT IS HEREBY ORDERED THAT:

1. All dates are VACATED, except for the further case management conference set for October 13, 2017, will be continued to **October 27, 2017, at 2:00 PM.**

2. The parties shall file a Motion for Preliminary Approval of the Settlement within thirty (30) days.

**IT IS SO ORDERED.**

Dated: October 2, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　Chief Magistrate Judge