Steven M. Tindall, SBN #187862
Email: smt@classlawgroup.com
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Beth E. Terrell, SBN #178181
Email:  bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL PAYMENTS INC., d/b/a/ CAPITAL PROCESSING NETWORK and CPN,<br><br>Defendant, Third Party Plaintiff,<br><br>v.<br><br>GORDON ROSE, an individual, and EPLJ, LLC a/k/a EPJL, LLC, a business entity of unknown form,<br><br>Third Party Defendant. | NO.  3:16-cv-05486-JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE RENEWED MOTION FOR PRELIMINARY APPROVAL**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  September 26, 2016 |

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE
RENEWED MOTION FOR PRELIMINARY APPROVAL - 1
CASE NO. 3:16-CV-05486-JCS

Pursuant to Local Rules 6-2 and 7-12, the parties stipulate through their counsel of record as follows:

1. The Court held a hearing on Plaintiff's preliminary approval motion on December 1, 2017 and raised several issues that required the parties to amend the settlement agreement and to file a renewed preliminary approval motion. *See* Dkt. No. 78.

2. The Court held a status conference on January 19, 2018. *See* Dkt. No. 85. At the status conference, Plaintiff agreed to file its renewed preliminary approval motion on February 2, 2018. The Court set a hearing for March 16, 2018 at 9:30 a.m. *Id.*

3. The parties have negotiated an amended settlement agreement and anticipate that it will be fully executed by the February 2, 2018 deadline for Plaintiff to file its preliminary approval motion. Plaintiff's counsel needs additional time to submit supplemental briefing regarding the value of the settlement and the proposed claims process. Specifically, Plaintiff's counsel has been working with the Settlement Administrator regarding the claims process issue. The Settlement Administrator will submit a declaration in support of the preliminary approval motion, but due to scheduling constraints needs additional time to complete it. Plaintiff's counsel will then need time to incorporate this new information into its renewed motion.

4. Accordingly, to allow Plaintiff sufficient time to prepare the supplemental briefing, the parties jointly request that the Court permit Plaintiff to file the renewed motion by February 9, 2018, which is 35 days in advance of the March 16, 2018 hearing as required by the local rules.

5. Pursuant to Local Rule 6-2(a), this motion is accompanied by the Declaration of Jennifer Rust Murray.

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 1st day of February, 2018.

TERRELL MARSHALL LAW GROUP PLLC   THEODORA ORINGHER PC

By: /s/ Jennifer Rust Murray
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray,
    *Admitted Pro Hac Vice*
    Email: jmurray@terrellmarshall.com
    Adrienne D. McEntee,
    *Admitted Pro Hac Vice*
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Steven M. Tindall, SBN #187862
    Email: smt@classlawgroup.com
    GIBBS LAW GROUP LLP
    505 14th Street, Suite 1110
    Oakland, California 94612
    Telephone: (510) 350-9700
    Facsimile: (510) 350-9701

    Edward A. Broderick
    Email: ted@broderick-law.com
    Anthony I. Paronich,
    *Admitted Pro Hac Vice*
    Email: anthony@broderick-law.com
    BRODERICK & PARONICH, P.C.
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

By: /s/ Seth M. Goldstein
    Antony Buchignani, SBN #186528
    Email: tbuchignani@tocounsel.com
    Drew Hansen, SBN #218382
    Email: dhansen@tocounsel.com
    Amy Burke, SBN #276699
    Email: aburke@tocounsel.com
    Seth M. Goldstein, SBN #232071
    Email: sgoldstein@tocounsel.com
    1840 Century Park East, Suite 500
    Los Angeles, California 90067-2120
    Telephone: (310) 557-2009
    Facsimile: (310) 551-0283

*Attorneys for Defendant*

Matthew P. McCue
Email: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW
   P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiff*

**I.  [PROPOSED] ORDER**

Pursuant to the above stipulation, it is so ORDERED.

DATED this  1st   day of  February         , 2018.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
                                 CHIEF MAGISTRATE
```

**LOCAL RULE 5-1(i)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 1st day of February, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: 206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE
RENEWED MOTION FOR PRELIMINARY APPROVAL - 6
CASE NO. 3:16-CV-05486-JCS

# CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on February 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Antony Buchignani, SBN #186528
> Email: tbuchignani@tocounsel.com
> Drew Hansen, SBN #218382
> Email: dhansen@tocounsel.com
> Amy Burke, SBN #276699
> Email: aburke@tocounsel.com
> THEODORA ORINGHER PC
> 1840 Century Park East, Suite 500
> Los Angeles, California 90067-2120
> Telephone: (310) 557-2009
> Facsimile: (310) 551-0283

*Attorneys for Defendant*

DATED this 1st day of February, 2018.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
> Jennifer Rust Murray, *Admitted Pro Hac Vice*
> Email: jmurray@terrellmarshall.com
> 936 North 34th Street, Suite 300
> Seattle, Washington 98103
> Telephone: (206) 816-6603
> Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE
RENEWED MOTION FOR PRELIMINARY APPROVAL - 7
CASE NO. 3:16-CV-05486-JCS