Steven M. Tindall, SBN #187862
Email: smt@classlawgroup.com
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Beth E. Terrell, SBN #178181
Email:  bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL PAYMENTS INC., d/b/a/ CAPITAL PROCESSING NETWORK and CPN,<br><br>Defendant, Third Party Plaintiff,<br><br>v.<br><br>GORDON ROSE, an individual, and EPLJ, LLC a/k/a EPJL, LLC, a business entity of unknown form,<br><br>Third Party Defendant. | NO.  3:16-cv-05486-JCS<br><br>**DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  September 26, 2016<br><br>DATE:        March 16, 2018<br>TIME:         9:30 a.m.<br>LOCATION: Courtroom G - 15th Floor |

I, Jennifer Rust Murray, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel of record for Plaintiff in this matter. I am admitted to this Court *pro hac vice* and am a member in good standing of the bars of the states of Washington and Oregon. I respectfully submit this declaration in support of Plaintiff's Renewed Unopposed Motion for Preliminary Approval of Amended Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the parties' Amended Class Action Settlement Agreement and Release of Claims.

3. On August 31, 2017, the parties mediated with Bruce Friedman, Esq. of JAMS. Mr. Friedman has extensive experience mediating TCPA cases, including cases involving vicarious liability allegations like this one. I attended the mediation on behalf of Plaintiff along with my co-counsel, Anthony Paronich. During the mediation, we were told that Pivotal was uninsured and did not have the money to fund a large settlement. We did not simply take these assertions at face value. We demanded that Pivotal provide financial documentation supporting its assertions, which it did.

4. The parties also submitted mediation briefs, detailing the strengths of their respective claims and defenses. Mr. Friedman discussed Pivotal's defenses with Mr. Paronich and me and frankly challenged us on the strength of Plaintiff's vicarious liability theory. Mr. Friedman emphasized the risk Plaintiff faced if it pursued litigation. The parties exchanged proposals and counterproposals, but at the end of the day could not agree. The parties determined that they fundamentally disagreed about the strengths of Plaintiff's case, as well as Pivotal's defenses. Following mediation, Mr. Friedman continued to work with the parties. After several follow-up calls, the parties reached an agreement in principle, but it took several additional weeks to hammer out the details of the original settlement agreement. Without Mr. Friedman's intervention, it is unlikely the parties would have settled.

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 2
CASE NO. 3:16-CV-05486-JCS

5.     At all times, the parties' settlement negotiations were highly adversarial, non-collusive, and at arm's length.

6.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Transcript of Official Electronic Sound Recording of the preliminary approval hearing held on December 1, 2017.

7.     After the preliminary approval hearing that took place on December 1, 2017, the parties went back to the drawing board, spending several weeks renegotiating the settlement. Their discussions resulted in the Amended Settlement Agreement. The Amended Settlement Agreement differs from the original Settlement Agreement in four ways. First, the parties revised the proposed Class definition to tailor it to the evidence developed in this case. Second, the parties revised the release to clarify that it too was narrowly-tailored to calls placed by EPLJ and Pivotal. Third, the parties revised the formula for allocating settlement funds so that Class members that received more calls receive a larger share of the settlement. Fourth, the Amended Settlement Agreement was revised to reflect the fact that Plaintiff agreed to request a $2,000 incentive award rather than $25,000. The parties also revised the proposed claim form so that it clearly indicates the number of calls each Class member received.

8.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Gordon Rose that took place on May 23, 2017.

9.     According to calling records obtained in this case, the average Class member received six calls and the median was five calls. The minimum number of calls placed to a Settlement Class member was one and the maximum was forty-four. Based on a 10% claims rate, Plaintiff's counsel estimate that a claimant who received the average six calls will receive $28. If 5% of the calls are claimed, a class member who received six calls will receive approximately $56.

10.    In this case, Pivotal faced a $5,796,836,000 judgment (11,593,672 calls x $500 per call). With trebling, Pivotal's exposure would have been over $17.5 billion.

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 3
CASE NO. 3:16-CV-05486-JCS

11. Plaintiff and his counsel will submit further evidence and argument in support of Plaintiff's requested service award and Plaintiff's counsel's requested fees and costs when Plaintiff's counsel files their motion in support of attorneys' fees and service awards. In the motion, we will describe our efforts on behalf of the class. Plaintiff's counsel litigated this case for over a year before the parties reached a settlement. Plaintiff's counsel responded to dispositive motions, conducted first and third-party discovery, took a key deposition of Mr. Rose, and defended Plaintiff's principals' depositions. In our fee petition, Plaintiff's counsel will provide the Court with detail regarding our lodestar and expenses.

12. At my direction and with my supervision, my staff searched the federal court records and found additional cases from across the country with "per class member" awards that are comparable to the "per class member" award negotiated here. The cases located by my staff and their "per class member" award amounts are as follows: *Abramson v. Alpha Gas & Elec., LLC*, No. 15-cv-05299-KMK (S.D.N.Y.) ($4.37 per class member); *Addison Automatics, Inc. v. Precision Electronic Class, Inc.*, No. 1:10-cv-06903 (N.D. Ill.) ($2.68 per class member); *Gehrich v. Chase Bank USA*, No. 1:12-cv-5510 (N.D. Ill.) ($2.13 per class member); *Kolinek v. Walgreen Co.*, No. 13-cv-4806 (N.D. Ill.) ($1.20 per class member); *3081 Main Street, LLC v. National Business*, No. 3:12-cv-00531-JAM (D. Conn.) ($0.26 per class member); *Biringer v. First Family*, No. 4:14-cv-00566-RH-CAS (N.D. Fla.) ($3.47 per class member); *Grant v. Commonwealth Edison Co.*, No. 1:13-cv-08310 (N.D. Ill.) ($4.13 per class member); *Luster v. Duncan Solutions, Inc.*, No. 1:14-cv-00112-AT (N.D. Ga.) ($3.87 per class member); *Mitchem v. Illinois Collection Servs., Inc.*, No. 1:09-cv-07274 (N.D. Ill.) ($3.61 per class member); *Prather v. Well Fargo Bank*, No. 1:15-cv-04231-SCJ (N.D. Ga.) ($4.65 per class member); *Soto v. Gallup*, No. 13-cv-61747-MGC (S.D. Fla.) ($1.73 per class member); *Tang v. Med. Recovery Specialists, LLC*, No. 1:11-cv-02109 (N.D. Ill.) ($1.56 per class member); *Vasco v. Power Home Remodeling Group LLC*, No. 2:15-cv-04623-MAK (E.D. Pa.) ($1.07 per class member); *Wood*

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 4
CASE NO. 3:16-CV-05486-JCS

*Dale Chiropractic, LTD v. DrFirst.com, Inc.*, No. 1:12-cv-00780 (N.D. Ill.) ($0.87 per class member).

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of February, 2018 at Seattle, Washington.


By: /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 5
CASE NO. 3:16-CV-05486-JCS

# CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Antony Buchignani, SBN #186528
>Email:  tbuchignani@tocounsel.com
>Drew Hansen, SBN #218382
>Email:  dhansen@tocounsel.com
>Amy Burke, SBN #276699
>Email:  aburke@tocounsel.com
>Seth M. Goldstein, SBN #232071
>Email: sgoldstein@tocounsel.com
>THEODORA ORINGHER PC
>1840 Century Park East, Suite 500
>Los Angeles, California 90067-2120
>Telephone: (310) 557-2009
>Facsimile: (310) 551-0283

*Attorneys for Defendant*

DATED this 9th day of February, 2018.

>TERRELL MARSHALL LAW GROUP PLLC
>
>
>By:  /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
>Jennifer Rust Murray, *Admitted Pro Hac Vice*
>Email: jmurray@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone (206) 816-6603
>Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF
PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT - 6
CASE NO. 3:16-CV-05486-JCS