Drew R. Hansen, Esq. (State Bar No. 218382)
dhansen@tocounsel.com
Seth M. Goldstein, Esq. (State Bar No. 232071)
sgoldstein@tocounsel.com
THEODORA ORINGHER PC
535 Anton Blvd, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Defendant PIVOTAL PAYMENTS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIVOTAL PAYMENTS, INC., d/b/a CAPITAL PROCESSING NETWORK and CPN,<br><br>Defendant. | Case No. 16-CV-05486-JCS<br>Honorable Joseph C. Spero<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT PIVOTAL PAYMENTS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

1  THIS MATTER came before the Court on Defendant's Administrative Motion to File Under
2 Seal.
3  After reviewing the files and records herein, and the Court having been fully advised, and for
4 good cause shown, the Court hereby GRANTS the Motion.
5  IT IS ORDERED, ADJUDGED AND DECREED that the Motion is granted. The following
6 documents shall be filed under seal:
7  1. An unredacted version of Defendant's Memorandum in Support of Plaintiff's Renewed
8  Motion for Preliminary Approval of Amended Class Action Settlement; and
9  2. Declaration of Philip Fayer in Support of Defendant's Memorandum in Support of
10  Plaintiff's Renewed Motion for Preliminary Approval of Class Action Settlement and attached
11  Exhibit.

13  IT IS SO ORDERED.
14  DATED this 26th day of  April    , 2018.

  CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

*[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL*