Objection to Settlement

6/2/18

Abante Rooter and Plumbing, Inc. et al. y. Pivotal Payments, Inc.

No. 3:16- cv- 05486 – JCS (U.S. District Court, N. D. Ca.)

From; c/o HONORABLE Judge Joseph. C. FARREL

Bruce Ebneter

1095 Mission st. #307

S. F. Ca., 94103

Class Member I.D. #2F7789D784

Nature of Objection;

   This objection is specifically about purported pay-out of $20-$60 per un-solicitated phone call(s) to (650-344-4376) placed by Abante Rooter during time frame out-lined in complaint. This amount does not adequitly reflect any/all possible dollar amounts lost. During the time these calls were made to (650-344-4376) was being used to contract services, in other words a "work" phone number. Since my clients were very fast paced, a busy signal would prompt them to contact another number, most probrobly a competitor. In such instances, not only was I denied a contact, I"m also denied an opportunity for possible income. Under these circumstances, each missed call represents a projected loss of hundreds of dollars.

   A total of twelve calls were placed to (650-344-4376) by Abante Rooter. This phone number(650-344-4376) is listed on the nation-wide "Do-Not-Call" program.

   There- fore, due to these restrictions, the amount of $1,200.00 is demanded in damages.

Sincerly

Bruce Ebneter

FILED

JUN 22 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Abante Rooter and Plumbing v. Pivotal Payments Settlement (/)

*Abante Rooter and Plumbing, Inc. et al. v. Pivotal Payments, Inc. d/b/a Capital Processing Network and CPN.* No. 3:16-cv-05486-JCS

## Submit a Claim - Instructions

If you received a telemarketing call to your cell phone on behalf of Pivotal Payments from Gordon Rose and/or EPLJ between April 15, 2016, up to and including September 2, 2016, then you may be a Class Member eligible for payment. To receive payment from this Settlement, you must submit a Claim Form via this website or by mail.

Claim Forms must be submitted online by **11:59 p.m. PST on June 29, 2018**. If you send in a Claim Form by regular mail, it must be postmarked on or before **June 29, 2018** to be deemed timely. Claim Forms received after this deadline may not be accepted.

No matter which method you choose to file your Claim Form, please read the Claim Form carefully and provide all the information required. Only one Claim Form may be submitted per Settlement Class Member.

*OBJECT BY MAIL: June 29*

### How to File Online

*650-344-4376 # CALLS (12)*

To get started with your online Claim Form, please provide your Class Member ID or Affected Phone Number and click "Login."

If you cannot locate your Class Member ID, you may instead provide your Affected Phone Number.

*www.PivotalTCPA.com*

Class Member ID: (?)   *ZF77890F84*

    XXXXXXXXXX

OR   *Download object to the Settlement*

*Comp-#116   4.00*

Abante Rooter & Plumbing Inc., et
al V. Pivotal Payments

12 calls made