1  Steven M. Tindall, SBN #187862
   Email: smt@classlawgroup.com
2  GIBBS LAW GROUP LLP
   505 14th Street, Suite 1110
3  Oakland, California 94612
   Telephone: (510) 350-9700
4  Facsimile: (510) 350-9701

5
   Beth E. Terrell, SBN #178181
6  Email:  bterrell@terrellmarshall.com
   Jennifer Rust Murray, *Admitted Pro Hac Vice*
7  Email:  jmurray@terrellmarshall.com
   936 North 34th Street, Suite 300
8  Seattle, Washington 98103
   Telephone: (206) 816-6603
9  Facsimile: (206) 319-5450

10
   [Additional Counsel Appear on Signature Page]
11
   *Attorneys for Plaintiff and the Proposed Class*
12

13              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 ABANTE ROOTER AND PLUMBING,           NO.  3:16-cv-05486-JCS
   INC., individually and on behalf of all others
16 similarly situated,                    **SECOND STIPULATION AND
                                          ~~PROPOSED~~ ORDER TO EXTEND TIME
17                        Plaintiff,      TO FILE MOTION FOR FINAL
                                          APPROVAL AND RESPONSES TO
18       v.                               OBJECTIONS**

19 PIVOTAL PAYMENTS INC., d/b/a/          JURY TRIAL DEMAND
   CAPITAL PROCESSING NETWORK and
20 CPN,                                   Complaint Filed:  September 26, 2016

21                        Defendant.

22

23

24       Pursuant to Local Rules 6-2 and 7-12, the parties stipulate through their counsel of record

25 as follows:

26

27

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 1
CASE NO. 3:16-CV-05486-JCS

1.      Plaintiff's motion for final approval, the parties' responses to objections, and the settlement administrator's declaration in support of the settlement are due on July 20, 2018. Dkt. #100.

2.      On July 12, 2018, the parties filed a stipulation and proposed order requesting additional time to file their motion for final approval and responses to objections so that they could take discovery relating to the objection submitted by Route 42 Dance Academy, LLC and its counsel who are serial objectors to class action settlements. Dkt. #114. As part of their previous stipulation and proposed order the parties requested that the Court permit the final approval motion and response to objections to be filed by August 31, 2018, which is 35 days before the final approval hearing set for October 5, 2018.

3.      On July 13, 2018, the Court held a telephonic hearing at which it ordered Plaintiff and Defendant to file additional briefing by Friday, July 20, 2018 on whether it is appropriate to keep highly sensitive financial information filed in support of the settlement under seal. This is the same date that Plaintiffs' motion for final approval and the parties' responses to objections are due.

4.      The Court's determination of the sealing issue will impact the Plaintiff's final approval briefing and the parties' response to the objections. Accordingly, the parties request that the Court extend the deadline for the motion for final approval and objection responses to August 31, 2018, which is after the deadline for the parties to submit the supplemental briefing on the sealing issue.

5.      In addition, one of the attorneys for Defendant is out of the office all next week on vacation and the other attorney is at a conference from Monday to Wednesday. These scheduling conflicts provide additional ground for the requested extension.

6.      Pursuant to Local Rule 6-2(a), this motion is accompanied by the Declaration of Jennifer Rust Murray.

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 2
CASE NO. 3:16-CV-05486-JCS

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 13th day of July, 2018.

TERRELL MARSHALL LAW GROUP PLLC        THEODORA ORINGHER PC

By: /s/ Jennifer Rust Murray                               By: /s/ Seth M. Goldstein
    Beth E. Terrell, CSB #178181                          Antony Buchignani, SBN #186528
    Email: bterrell@terrellmarshall.com                   Email: tbuchignani@tocounsel.com
    Jennifer Rust Murray,                                 Drew Hansen, SBN #218382
    *Admitted Pro Hac Vice*                               Email: dhansen@tocounsel.com
    Email: jmurray@terrellmarshall.com                    Amy Burke, SBN #276699
    Adrienne D. McEntee,                                  Email: aburke@tocounsel.com
    *Admitted Pro Hac Vice*                               Seth M. Goldstein, SBN #232071
    Email: amcentee@terrellmarshall.com                   Email: sgoldstein@tocounsel.com
    936 North 34th Street, Suite 300                      1840 Century Park East, Suite 500
    Seattle, Washington 98103-8869                        Los Angeles, California 90067-2120
    Telephone: (206) 816-6603                             Telephone: (310) 557-2009
    Facsimile: (206) 319-5450                             Facsimile: (310) 551-0283

    Steven M. Tindall, SBN #187862                        *Attorneys for Defendant*
    Email: smt@classlawgroup.com
    GIBBS LAW GROUP LLP
    505 14th Street, Suite 1110
    Oakland, California 94612
    Telephone: (510) 350-9700
    Facsimile: (510) 350-9701

    Edward A. Broderick
    Email: ted@broderick-law.com
    Anthony I. Paronich,
    *Admitted Pro Hac Vice*
    Email: anthony@broderick-law.com
    BRODERICK & PARONICH, P.C.
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

1

Matthew P. McCue
Email:  mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW
    P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

2

3

4

5

6   *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 4
Case No. 3:16-cv-05486-JCS

1

## I.  [PROPOSED] ORDER

2     Pursuant to the above stipulation, it is so ORDERED.

3

4     DATED this ___17th___ day of ___July_____, 2018.

5

6

7     _____

~~UNITED STATES DISTRICT~~ JUDGE

8     Chief Magistrate

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 5
CASE NO. 3:16-CV-05486-JCS

CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on July 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Antony Buchignani, SBN #186528
Email:  tbuchignani@tocounsel.com
Drew Hansen, SBN #218382
Email:  dhansen@tocounsel.com
Amy Burke, SBN #276699
Email:  aburke@tocounsel.com
Seth M. Goldstein, SBN #232071
Email: sgoldstein@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

*Attorneys for Defendant*

Timothy Ricardo Hanigan
Email: trhanigan@gmail.com
LANG HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 883-5644
Facsimile: (818) 704-9372

*Attorneys for Objector Route 42 Dance Academy, LLC*

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 6
CASE NO. 3:16-CV-05486-JCS

1

DATED this 13th day of July, 2018.

2

TERRELL MARSHALL LAW GROUP PLLC

3

4

By:   /s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
      Jennifer Rust Murray, *Admitted Pro Hac Vice*
      Email: jmurray@terrellmarshall.com

5

      936 North 34th Street, Suite 300

6

      Seattle, Washington 98103
      Telephone (206) 816-6603

7

      Facsimile: (206) 319-5450

8

      *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO
FILE MOTION FOR FINAL APPROVAL AND RESPONSES TO
OBJECTIONS - 7
CASE NO. 3:16-CV-05486-JCS