Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Attorneys for Objector/Class Member,
Route 42 Dance Academy, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>PIVOTAL PAYMENTS INC., d/b/a CAPITAL PROCESSING NETWORK and CPN,<br><br>Defendant. | Case No. 3:16-cv-05486-JCS<br><br>**ROUTE 42 DANCE ACADEMY, LLC'S NOTICE OF APPEAL** |

Notice is hereby given that Class Member/Objector Route 42 Dance Academy, LLC appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement, Awarding Attorneys' Fees, and Approving Incentive Award and Administration Costs (ECF Doc. No. 148) entered in this action on October 15, 2018, and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED: October 17, 2018     Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com
Attorney for Objector/Class Member

| | |
|---|---|
| 1 | **Certificate of Service** |
| 2 | |
| 3 | The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing. |
| 4 | |
| 5 | |
| 6 | |
| 7 | DATED: October 17, 2018 |
| 8 | /s/ Timothy R. Hanigan |